# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JARELL D. TERRY,**                                                        **PLAINTIFF**
**ADC #149998C**

**v.**                              **CASE NO. 4:20-CV-00062 BSM**

**MARK GOBER, et al.**                                                  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 13] is adopted. All of Jarell Terry's claims except his claims against Jane Doe are dismissed. The motion to amend the complaint [Doc. No. 21] is denied because it does not meaningfully change Terry's allegations.

IT IS SO ORDERED this 15th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE