IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY,**                                                                                    **PLAINTIFF**
ADC #149998C

v.                                    CASE NO. 4:20-CV-00062-BSM

**MARK GOBER, et al.**                                                                          **DEFENDANTS**

## ORDER

Jarell D. Terry's motion to dismiss [Doc. No. 30] is granted. This case is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 8th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE